**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 08-CV-11475

CURRENCY $716,502.44,

    Defendants.
                                               /

**ORDER CONCERNING DISCOVERY AND UPCOMING CONFERENCE**

On July 14, 2008, the court held a status conference in the above-captioned matter with counsel for the Government and for Claimant Lawyers Title Insurance Company. This order memorializes the outcome of discussions concerning preliminary proceedings in this case. Accordingly,

IT IS ORDERED that preliminary discovery shall commence for a period of **sixty days** running from the July 14, 2008 conference.

IT IS FURTHER ORDERED that counsel participate in a telephone conference on **September 8, 2008 at 2:00 p.m.** The court will initiate the call.

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: July 24, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 24, 2008, by electronic and/or ordinary mail.

                                             S/Lisa G. Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522