**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 08-CV-11475

CURRENCY $716,502.44,

    Defendants.
                                            /

**ORDER SCHEDULING HEARING, STAYING DISCOVERY, AND DENYING
PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AS MOOT**

On September 8, 2008, the court held a status conference in the above-captioned matter with counsel for the Government and for Claimant Lawyers Title Insurance Company. This order memorializes the outcome of discussions concerning preliminary proceedings in this case. Accordingly,

IT IS ORDERED that Defendant's response to Plaintiff's motion for judgment on the pleadings or in the alternative for entry of order shall be filed by **October 13, 2008**; Plaintiff's reply, if any, shall be filed by **October 27, 2008**; and the court shall hold a hearing on Plaintiff's motion on **November 12, 2008 at 2:00 p.m.**

IT IS FURTHER ORDERED that Plaintiff's motion for a protective order shall be DENIED AS MOOT and that discovery shall be STAYED until resolution of Plaintiff's motion and further order of the court.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: September 18, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 18, 2008, by electronic and/or ordinary mail.

                                                                   S/Lisa G. Wagner
                                                                   Case Manager and Deputy Clerk
                                                                   (313) 234-5522